| | |
|---|---|
| | Hon. Richard A. Jones |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH WILLIAM LEWIS, | ) | |
| | ) | No. C08-0607-RAJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | STIPULATION AND ORDER |
| U.S. Dept. of Homeland Security, et al., | ) | OF REMAND AND DISMISSAL |
| | ) | |
| Defendants. | ) | |

The Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and jointly move the Court for an order remanding this matter to U.S. Citizenship and Immigration Services ("CIS") and dismissing, without prejudice, the Petition for Review of Final Naturalization Denial ("Petition") in the above-captioned case.

This is an action for a judicial hearing on CIS' administrative denial of Plaintiff's application for naturalization (Form N-400). Based on additional information provided to it by Plaintiff since the filing of the Petition, CIS is now prepared to reconsider its administrative denial.

Accordingly, the parties, through their undersigned counsel, hereby stipulate and jointly move that the Court make the following order:

STIPULATION AND ORDER
OF REMAND AND DISMISSAL - 1
(C08-607-RAJ)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. The Petition is REMANDED to CIS for reconsideration of Plaintiff's application for naturalization and issuance of a decision within 30 days after entry of this Order;

2. This action is DISMISSED without prejudice and without costs or attorney fees; and

3. The Court shall retain jurisdiction to enforce the terms of this stipulation.

Respectfully submitted,

/s/ Bart Klein                                              DATED: November 26, 2008
BART KLEIN, WSBA #10909
Attorney for Plaintiffs


JEFFREY C. SULLIVAN
United States Attorney


/s/ Robert P. Brouillard                              DATED: November 26, 2008
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Attorneys for Defendants

## ORDER

The above is SO ORDERED.

DATED this 5th day of December, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER
OF REMAND AND DISMISSAL - 2
(C08-607-RAJ)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970